IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EQUIPMENTSHARE.COM INC, § § Plaintiff, § § v. § Civil Action No. 3:23-CV-02382-N § TEXAS INDUSTRIAL CHOICE LLC, § § Defendant. § | |

## **ORDER**

In consideration of Defendant's Unopposed Motion to Transfer Venue pursuant to 28 U.S.C. §§ 1404, 1412, 157, and Rule 1014 of the Federal Rules of Bankruptcy Procedure, the Court transfers this case, Civil Action No. 3:23-CV-02382-N to the United States Bankruptcy Court for the Northern District of Texas, Lubbock Division, finding that this case was a cause of action removed on October 26, 2023, under 28 U.S.C. § 1452, and is an adversary proceeding under Federal Rules of Bankruptcy Procedure 7001 and related to a case under title 11.

Signed December 11, 2023.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE